IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | NO. WC-17-1677 |
| | * | |
| ANTONIN DEHAYS, | * | |
| | * | |
| Defendant | * | |
| | * | |
| ******* | | |

## ORDER GRANTING CONTINUANCE PURSUANT TO FED. R. CRIM. P. 5.1(d) AND EXCLUSION OF TIME PURSUANT TO 18 U.S.C. § 3161(h)

Upon consideration of the Government's Consent Motion for Continuance Pursuant to Federal Rule of Criminal Procedure 5.1(d) and Exclusion of Time Pursuant to 18 U.S.C. § 3161(h)(7) (the "Consent Motion"), the Court makes the following findings:

1. On June 12, 2017, the Defendant was charged in a criminal complaint with willfully and knowingly stealing and converting for his own use any record and thing of value of the United States and any department and agency thereof, which in aggregate have a value greater than $1,000, in violation of 18 U.S.C. § 641.

2. On June 13, 2017, the Defendant had his initial appearance in this Court and was advised of the charges against him.  The Defendant was released with conditions.

3. On June 28, 2017 and on August 28, 2017, the Court granted the Government's Motion for a continuance of the preliminary hearing and exclusion of time for the filing of an indictment or information through October 23, 2017.

4. In the Consent Motion, the parties have expressed that they need additional time to discuss a possible resolution of this matter.  For this reason, they have requested a continuance of the preliminary hearing until November 22, 2017, as well as an exclusion of the time from June

13, 2017 to November 22, 2017, from the computation of the time within which to file an indictment or information for Speedy Trial Act purposes.

     5.     For the reasons stated above and in the Consent Motion, the Court concludes that, pursuant to Federal Rule of Criminal Procedure 5.1(d), there is good cause to grant the continuance of the preliminary hearing until November 22, 2017, as consented to by the Defendant.  Further, and for those same reasons, the Court concludes that, pursuant to 18 U.S.C. § 3161(h)(7), the ends of justice would be served by excluding time as requested by the parties, and that those ends do here outweigh the interest of the public and the Defendant (who consents to this exclusion of time) in the filing of an indictment or information within thirty days.

**WHEREFORE**, in the interest of the Defendant and the interests of the public it is,

**HEREBY ORDERED** that:

(i) the preliminary hearing in this matter shall occur on November 22, 2017; and

(ii) all time from June 13, 2017 to November 22, 2017, is excluded from the 30-day period in which an indictment or information charging the Defendant with the commission of an offense would otherwise be filed.

_____                                      _____
Date                                                    United States Magistrate Judge