NAM: USAO 2017R00381

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA     *
                             *
v.                           *     CRIMINAL NO. TDC17cr685
                             *
ANTONIN DEHAYS,              *     (Theft of Government Property,
                             *     18 U.S.C. § 641; Forfeiture, 18 U.S.C.
     Defendant               *     § 981(a)(1)(C), 28 U.S.C. § 2461(c))
                             *
                          *******

## INFORMATION

### COUNT ONE
(Theft of Government Property)

The Acting United States Attorney for the District of Maryland charges that:

Between no later than in or about December 2012 and continuing through in or about June 2017, in the District of Maryland and elsewhere, the defendant,

**ANTONIN DEHAYS,**

did steal and knowingly convert to his use and the use of another, and without authority, convey and dispose of any records and things of value of the United States and an agency thereof, whose aggregate value exceeded $1,000, namely, United States servicemen dog tags and other items belonging to the National Archives and Records Administration, an agency of the United States Government.

18 U.S.C. § 641

## FORFEITURE ALLEGATION

The Acting United States Attorney for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction under Count One of this Information.

### Theft Forfeiture

2. As a result of the offense alleged in Count One of this Information, and incorporated here, the defendant,

**ANTONIN DEHAYS,**

shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the offense, including but not limited to the property of the United States identified in Count One and involved in that offense, and a money judgment in the amount of at least $43,456.96.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or,

    e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C.

§ 2461(c), to seek forfeiture of any other property of said defendant up to the value of the

forfeitable property.


18 U.S.C. § 981(a)(1)(C)
28 U.S.C. § 2461(c)

12/29/17
Date

*Stephen M. Schenning* /NM/KO
Stephen M. Schenning
Acting United States Attorney