

*U.S. Department of Justice*

*United States Attorney*
*District of Maryland*
*Southern Division*

| *Nicolas Mitchell* | *Mailing Address:* | *Office Location:* | *DIRECT: 301-344-4124* |
|---|---|---|---|
| *Assistant United States Attorney* | *6500 Cherrywood Lane, Suite 200* | *6406 Ivy Lane, 8th Floor* | *MAIN: 301-344-4433* |
| *Nicolas.Mitchell@usdoj.gov* | *Greenbelt, MD 20770-1249* | *Greenbelt, MD 20770-1249* | *FAX: 301-344-4516* |

March 26, 2018

The Honorable Theodore D. Chuang
United States District Judge
United States Courthouse
6500 Cherrywood Lane
Greenbelt, Maryland 20744

    Re:   <u>United States v. Antonin Dehays</u>,
            Criminal No. TDC-17-685

Dear Judge Chuang:

    Defendant Antonin Dehays is scheduled to be sentenced on April 9, 2018, at 2:30 pm. The Government does not intend to call any witnesses. However, the following individuals may wish to briefly address the Court at the sentencing hearing:

- David S. Ferriero, Archivist of the United States, National Archives and Records Administration; and
- Robert E. Wallace, Executive Director, <u>or</u> Joe Davis, Director of Communications, Veterans of Foreign Wars of the United States.

Both Mr. Ferriero and Mr. Wallace submitted statements which are attached as exhibits to the Government's sentencing memorandum.

                              Very truly yours,

                              Stephen M. Schenning
                              Acting United States Attorney

        By:         /s/
                     Nicolas A. Mitchell
                     Assistant United States Attorney

cc:      Patricia L. Richman, Esq., Assistant Federal Public Defender
          Deborah L. Boardman, Esq., Assistant Federal Public Defender
          Edwin N. Encarnacion, U.S. Probation Officer