IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. 17-cr-685-TDC |
| ANTONIN DEHAYS | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**UNOPPOSED MOTION FOR RETURN OF PASSPORT**

Defendant Antonin DeHays, by and through undersigned counsel, hereby respectfully moves this Honorable Court for an order directing the clerk to release his passport either to himself or to his wife, Lisa DeHays. In support of this Motion, Mr. DeHays states as follows:

1. Mr. Dehays surrendered his passport to the clerk of the Court on June 14, 2017, *see* Receipt for Surrender of Passport (ECF No. 10), pursuant to the Court's Order Setting Conditions of Release (ECF No. 9.)

2. Mr. DeHays was subsequently sentenced by this Court to a term of active imprisonment of 364 days. He is currently serving this sentence, and has a projected release date of May 11, 2019.

3. Now that all charges in this case have been disposed of, Mr. DeHays would like to have his passport returned to him for use in a related immigration matter and as an identification document. His current detention renders him unable to retrieve it from the courthouse himself.

4. Assistant United States Attorney Jessica Collins has indicated to undersigned counsel that the government has no objection to the relief requested.

**WHEREFORE**, Mr. DeHays respectfully requests that the Court enter the attached Proposed Order directing return of his passport.

1

        Respectfully submitted,

        JAMES WYDA
        Federal Public Defender

        _____/s/_____

        Stephanie Snyder (#807063)
        Assistant Federal Public Defender
        Office of the Federal Public Defender
        6411 Ivy Lane—Suite 710
        Greenbelt, MD 20770
        Telephone: (301) 344-0600
        stephanie_snyder@fd.org