IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. 17-cr-685-TDC |
| ANTONIN DEHAYS | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER DIRECTING RETURN OF PASSPORT

For the reasons recited in the Defendant's Motion for Return of Passport, and in light of the government's consent thereto, it is this ___ day of May, 2019, hereby ORDERED that the motion is GRANTED. The Clerk is directed to release the passport ending in -2084 to either Mr. DeHays or to his wife, Lisa DeHays.

Hon. Theodore D. Chuang
United States District Judge