IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| **THE UNITED STATES OF AMERICA** * | |
| * | |
| v.  * | **Crim. No. TDC-17-0685** |
| * | |
| **ANTONIN DEHAYS** * | |

\* \* \* \* \*

**[PROPOSED] ORDER GRANTING MOTION
TO TERMINATE SUPERVISED RELEASE**

For the reasons set forth in Defendant Antonin DeHays' Unopposed Motion to Terminate Supervised Release, it appearing that the United States Probation Office and the United States Attorney's Office do not oppose this request, and that Mr. DeHays has completed more than half of his three-year term of supervision, and that early termination of supervised release is warranted by the conduct of the defendant released and the interest of justice pursuant to the factors set forth in 18 U.S.C. § 3583(e), it is on this _____ day of _____, 2021,

ORDERED, that Mr. DeHays' Unopposed Motion to Terminate Supervised Release is hereby GRANTED.

_____
THEODORE D. CHUANG
United States District Judge