IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

| UNITED STATES OF AMERICA, | Case No. 8:17:CR000685001 |
|---|---|
| Plaintiff, | |
| vs. | |
| ANTONIN DEHAYS, | |
| Defendant. | |

INSTALLMENT PAYMENT ORDER

The Court, having received the Stipulation of the parties dated July 22, 2021, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Judgment was entered on April 9, 2018 in the total sum of $43,556.96 in favor of the United States of America and against Antonin DeHays (hereafter "Mr. DeHays").

2. Mr. DeHays shall pay monthly installment payments in the amount of $250.00 commencing on August 15, 2021, and continuing thereafter on the 15th day of each month. At the end of 24 months and yearly thereafter, Mr. DeHays shall submit a current financial statement to the United States Attorney's Office. The United States may evaluate and seek to modify this installment payment order based upon the documented financial status of Mr. DeHays.

3. Mr. DeHays shall submit all financial documentation in a timely manner and shall immediately notify the United States Attorney's Office of any of the following events:

    a. Any change of address;

    b. Any change in employment; and

1

    c. Any other significant change in Mr. DeHays's economic circumstances, including but not limited to receipt of inheritance, lottery winnings, or any other additional income.

4. Immediately upon notice of a change in Mr. DeHays's economic circumstances the United States may ask Mr. DeHays to sign a new stipulated motion for installment payment order. If Mr. DeHays does not accept the new proposed payment schedule, the United States may move this Court to adjust the payment schedule pursuant to 18 U.S.C. § 3664(k). Mr. DeHays will have an opportunity to respond and object to the United States' motion before this Court enters its ruling. Pursuant to 18 U.S.C. §3664(e), Mr. DeHays will have the burden of demonstrating his financial resources and his dependents' financial needs.

5. In addition to the regular monthly payment set forth in paragraph 2 above, the United States may submit Mr. DeHays's debt in this case to the U.S. Department of Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment that he would normally receive may be offset and applied toward his debt.

6. The United States shall refrain from execution on the judgment so long as Mr. DeHays complies strictly with this Order. In the event Mr. DeHays fails to comply strictly with this Order, the United States may move the Court *ex parte* for a writ of execution, a writ of garnishment, or any other appropriate order it deems necessary for the purpose of obtaining satisfaction of the judgment in full or in part.

///

2

7. This Order amends any previously ordered restitution payment schedule in this case as to Mr. DeHays.

DATED this 22 day of July, 2021.

BY THE COURT:

_____
Honorable Theodore D. Chuang
United States District Judge

July 30, 2021

APPROVED AS TO FORM:

_____
Antonin DeHays
Defendant

3